AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL RHYNE | ) | Case No.  24-12241 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Daniel Rhyne                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Extortion in Relation to a Threat to Cause Damage to a Protected Computer (18 USC §§ 1030(a)(7)(A) and (c)(3)(A));
Intentional Damage to a Protected Computer (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)); and Wire Fraud (18 U.S.C. §
1343)

Date:     08/08/2024

*James B. Clark, III*
*Issuing officer's signature*

City and state:     District of New Jersey

The Honorable James B. Clark, III, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)*  8/8/24 , and the person was arrested on *(date)*  8/27/24
at *(city and state)*  Kansas City, MO .

Date:  8/27/24

*Arresting officer's signature*

Jason Roberts Dugn
*Printed name and title*