2023R00896/RTM

RECEIVED
APR 01 2026
AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| v. | : | Crim. No. 25-780-01 (MAS) |
| DANIEL RHYNE | : | 18 U.S.C. §§ 1030(a)(7)(A) and (c)(3)(A) |
| | : | 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i) |

# INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States of America charges:

## General Allegations

1. At all times relevant to this Information:

a. "Victim-1" was a U.S.-based industrial company with headquarters in Somerset County, New Jersey. Victim-1 provided industrial services to various companies, including to aquaculture, biopharmaceuticals, chemistry, electronics, oil and gas, and pulp and paper firms.

b. The defendant, DANIEL RHYNE ("RHYNE"), was a resident of New Jersey and was employed as a core infrastructure engineer at Victim-1.

2. In or around November 2023, RHYNE executed a scheme to use his access to Victim-1's computer system to both intentionally damage that system and extort Victim-1 into paying a significant ransom.

a. Specifically, between on or about November 8, 2023 and on or about November 25, 2023, RHYNE used his Victim-1 network credentials and laptop to initiate remote desktop sessions connecting him to Victim-1's network. RHYNE then prepared for his extortion by scheduling tasks on the Victim-1 system that would, at a specific time set by RHYNE, cause damage to Victim-1's computer system, including deleting multiple Victim-1 network administrator accounts; changing passwords to numerous other Victim-1 administrator and user accounts; and shutting down multiple Victim-1 servers. The scheduled tasks that RHYNE deployed were collectively designed and intended by RHYNE to deny Victim-1 access to its systems and data.

3. On or about November 25, 2023, some of these malicious tasks that RHYNE deployed began executing: Victim-1 network administrators began receiving password reset notifications for one network administrator account, as well as hundreds of Victim-1 user accounts. Shortly after that, Victim-1 network administrators discovered that all of Victim-1's other network administrator accounts had been deleted, thereby denying administrator access to Victim-1's network.

4. On or about the same date, November 25, 2023, RHYNE caused an email with the subject line, "Your Network Has Been Penetrated" (the "Extortion Email"), to be sent to multiple Victim-1 employees. The Extortion Email, which was sent from a certain email account under RHYNE's control, informed its recipients that certain Victim-1 accounts had been locked or deleted and that additional servers would be shut down each day if a ransom of €700,000, in the form of 20 bitcoin ("BTC")—at the

time, equivalent to approximately $750,000—was not transferred to a designated bitcoin address by on or about December 2, 2023.

## Count One
**(Extortion in Relation to a Threat to Cause Damage to a Protected Computer)**

1. Paragraphs 1 to 4 of the General Allegations section of this Information are realleged here.

2. On or about November 25, 2023, in Somerset County, in the District of New Jersey, and elsewhere, the defendant,

**DANIEL RHYNE,**

did knowingly and with intent to extort from any person any money and thing of value, transmit in interstate and foreign commerce a communication containing a threat to cause damage to a protected computer.

In violation of Title 18, United States Code, Sections 1030(a)(7)(A) and (c)(3)(A).

**Count Two**
**(Intentional Damage to a Protected Computer)**

1. Paragraphs 1 to 4 of the General Allegations section of this Information are realleged here.

2. From on or about November 8, 2023 through on or about November 25, 2023, in Somerset County, in the District of New Jersey and elsewhere, the defendant,

**DANIEL RHYNE**,

did knowingly cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally cause damage without authorization to a protected computer, and the offense caused loss to Victim-1 during a one-year period aggregating at least $5,000 in value.

In violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i).

## FORFEITURE ALLEGATION

1. As a result of committing the offenses charged in this Information, the defendant,

**DANIEL RHYNE,**

shall forfeit to the United States:

a. pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in this Information; and

b. pursuant to Title 18, United States Code, Section 1030(i), all right, title, and interest in any personal property that was used or intended to be used to commit or to facilitate the commission of the offenses charged in this Information.

### Substitute Assets Provision (Applicable to All Forfeiture Allegations)

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p) (as incorporated by Title 28, United States Code, Section 2461(c)), to forfeiture of any other property of the defendant up to the value of the above forfeitable property.

ROBERT FRAZER
United States Attorney

Robert Taj Moore
Assistant U.S. Attorney

Approved:

Bradley A. Harsch
Chief, Criminal Division

CASE NUMBER: 25-780-01 (MAS)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DANIEL RHYNE

# INFORMATION FOR

**18 U.S.C. §§ 1030 (a)(7)(A) and (c)(3)(A)**
**18 U.S.C. §§ 1030 (a)(5)(A) and (c)(4)(B)(i)**

ROBERT FRAZER
UNITED STATES ATTORNEY

ROBERT TAJ MOORE
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2014